MORRIS MATSIL v. CAPITAL CITY SURETY COMPANY. BARNETT D. KANTROWITZ v. CAPITAL CITY SURETY COMPANY. BARNETT D. KANTROWITZ v. CAPITAL CITY SURETY COMPANY.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of JAC W. WYTE, Formerly Known as JACOB WEISSBERGER, an Attorney.— Reference ordered to Hon. Alfred R. Page, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of SAMUEL KOFFLER, an Attorney.— Reference ordered to Hon. Alfred R. Page, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD SHAUGHNESSY v. 4-ONE BOX MACHINE MAKERS.— Stipulation to be made as offered by defendant allowing the appeals of the plaintiff to remain in statu quo until after the decision of the Maine court, including any appeals therein. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

L. M. BERKELEY, Appellant, v. HARRIETT W. PETERS, as Administratrix, etc., of ALICE M. WHITE, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DOUGLAS CAIRNS and Others, Appellants, v. T. COLEMAN DuPONT and Others, Respondents, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [135 Misc. 278.]

MARTIN DODT, Respondent, v. SOPHIE DODT, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED P. FRIESE, Respondent, v. FRED MANZ, INC., and FRED MANZ, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $40,136.85; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RAYBAR REALTY CO., INC., a Domestic Corporation, Landlord, Respondent, v. EISNER REALTY CO., INC., a Domestic Corporation, Tenant, Appellant, Impleaded with MANNY COHEN & SON and Others, Undertenants.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE WIENER, on Behalf of Himself and Others Similarly Situated, Respondent, v. CHARLES KUNTZ, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.